IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
JUN - 3 2025
CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

MICHAEL D. DURAN

Case No. 2:25mj98
Court Date: June 6, 2025

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)- Violation Notice No. E2351004

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 11, 2025, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, MICHAEL D. DURAN, did unlawfully drive and operate a motor vehicle while under the influence of alcohol and while having a blood alcohol level concentration greater than .20 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .29 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270.)

<u>COUNT TWO</u>
(Misdemeanor) Violation Notice No: E2351005

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 11, 2025, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, MICHAEL D. DURAN, did unlawfully consume an alcoholic beverage while operating a motor vehicle upon a public highway.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia Section 18.2-323.1)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: *Ashley Young* (signature)
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
Ashley.Young@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
Ashley.Young@usdoj.gov

3 June 2025
_____
Date